# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAINEE ALANIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 2:21-cv-00236 |
| | § | |
| GULF COAST FEDERAL CREDIT UNION, | § | |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

To the Honorable United States District Court:

Plaintiff files this Notice of Settlement in the above-styled and numbered matter, and shows as follows:

1. The parties reached a compromise and settlement agreement concerning all claims alleged in this matter on or about March 7, 2022.

2. The parties will file a stipulation of dismissal, with prejudice, after execution of the formal settlement documents.

3. Accordingly, the parties respectfully request that the Court take notice of the settlement of this matter.

Respectfully submitted,

        s/Jon D. Brooks
        Jon D. Brooks
        Attorney-in-Charge
        Southern District ID 24936
        State Bar No. 24004563
        400 Mann Street, Suite 1001
        Corpus Christi, Texas 78401
        361.885.7710
        361.885.7716 (facsimile)
        jbrooks@brooksllp.com
        **Attorney for Plaintiff**

OF COUNSEL

BROOKS LLP
Attorneys and Counselors at Law
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
361.885.7710 (telephone)
361.885.7716 (facsimile)
www.brooksllp.com (web)

## Certificate of Service

    I hereby certify that a true and correct copy of the above and foregoing was served upon Defendant's counsel of record, as indicated below, by electronic mail from the clerk of the court, on this 8th day March 2022, as permitted by the Rules:

    Laura Alaniz
    Jamie Houston
    PORTER HEDGES LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002

        s/Jon D. Brooks
        Jon D. Brooks